IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 16-904-ABJ |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF CRISTINA ROTARU

I, CRISTINA ROTARU, declare as follows:

1. My name is Cristina Rotaru. I am over eighteen years of age, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2. I am employed as a legal assistant with Judicial Watch, Inc. in Washington, D.C. I have worked for Judicial Watch, Inc. in this capacity since April 2002. One of my regular duties and responsibilities is to effect service of process of summonses, complaints, and other initial filings on defendants in lawsuits filed by the organization.

3. I effect service of process on defendants by Certified U.S. Mail, return receipt requested. I prepare Certified Mail Receipts (P.S. Form 3800) and Return Receipts (P.S. Form 3811), and affix these documents to envelopes addressed to each defendant and/or recipient. After I mail the summons and the complaint, I retain the customer's portion of the Certified Mail Receipts in the appropriate case file. I then obtain a U.S. Postal Service Track and Confirm Sheet from the U.S. Postal Service's website to confirm service.

4. On May 12, 2016, Plaintiff, by counsel, initiated the above-captioned matter in the U.S. District Court for the District of Columbia. Shortly thereafter, and in the ordinary course of carrying out my duties and responsibilities, I served summonses and copies of the complaint, filed electronically in this litigation, on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and the Department of Defense. Service was effected by Certified U.S. Mail, First Class, following the practice described above.

5. According to the U.S. Postal Service Track and Confirm Sheet, service of process was effected on the U.S. Attorney for the District of Columbia at 555 4th Street, NW, Washington, DC 20530, on May 17, 2016. True and correct copies of the Certified Mail Receipt and U.S. Postal Service Track and Confirm Sheet demonstrating service on the U.S. Attorney for the District of Columbia are attached hereto as Exhibit 1.

6. According to the U.S. Postal Service Track and Confirm Sheet, service of process was effected on the U.S. Attorney General at the U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530, on May 17, 2016. True and correct copies of the Certified Mail Receipt and U.S. Postal Service Track and Confirm Sheet demonstrating service on the U.S. Attorney General are attached hereto as Exhibit 2.

7. According to the U.S. Postal Service Track and Confirm Sheet, service of process was effected on the Department of Defense at 1600 Defense Pentagon, Room 3B688, Washington, DC 20301, on May 16, 2016. True and correct copies of the Certified Mail Receipt and U.S. Postal Service Track and Confirm Sheet demonstrating service on the Department of Defense are attached hereto as Exhibit 3.

3

True and correct copies of the Certified Mail Receipt and U.S. Postal Service Track and Confirm Sheet demonstrating service on the Department of Defense are attached hereto as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 18, 2016, in Washington, DC.

_____
Cristina Rotaru

# EXHIBIT 1

# EXHIBIT 1

English    Customer Service    USPS Mobile    Register / Sign In



# USPS Tracking®

**Tracking Number: 70150640000798544918**

**Updated Delivery Day: Tuesday, May 17, 2016**

## Product & Tracking Information

**Postal Product:** **Features:**
Certified Mail™



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$                                    DoD (16-904)

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____          Postmark
☐ Certified Mail Restricted Delivery $ _____       Here
☐ Adult Signature Required       $ _____         MMAY 13 2016
☐ Adult Signature Restricted Delivery $ _____

Postage
$
Total Postage
$                US ATTORNEY FOR THE
Sent To          DISTRICT OF COLUMBIA
Street and Ap 555 4th ST NW
City, State, Zi WASHINGTON, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Tracking number: 70150640000798544918

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| May 17, 2016, 5:28 am | Delivered | WASHINGTON, DC 20530 |

Your item was delivered at 5:28 am on May 17, 2016 in WASHINGTON, DC 20530.

| | | |
|---|---|---|
| May 16, 2016, 11:07 am | Available for Pickup | WASHINGTON, DC 20530 |
| May 16, 2016, 10:23 am | Arrived at Unit | WASHINGTON, DC 20018 |
| May 13, 2016, 9:06 pm | Departed USPS Facility | GAITHERSBURG, MD 20898 |
| May 13, 2016, 9:03 pm | Arrived at USPS Facility | GAITHERSBURG, MD 20898 |

## Track Another Package

Tracking (or receipt) number

[                    ]     Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2016 USPS. All Rights Reserved.

**EXHIBIT 2**

≡USPS.COM®

# USPS Tracking®

**Tracking Number:** 70150640000798546776

**Updated Delivery Day:** Tuesday, May 17, 2016

## Product & Tracking Information

**Postal Product:**     **Features:**
                                 Certified Mail™



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

DoD (16-904)

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $_____
☐ Return Receipt (electronic)    $_____     Postmark
☐ Certified Mail Restricted Delivery $_____    Here
☐ Adult Signature Required       $_____
☐ Adult Signature Restricted Delivery $_____   MAY 13 2016

Postage
$
Total Postage
$

Sent To  US Attorney General
Street and Ap 950 Pennsylvania Ave NW
City, State, Z Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7015 0640 0007 9854 6776

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| May 17, 2016, 5:28 am | Delivered | WASHINGTON, DC 20530 |

Your item was delivered at 5:28 am on May 17, 2016 in WASHINGTON, DC 20530.

| | | |
|---|---|---|
| May 16, 2016, 11:07 am | Available for Pickup | WASHINGTON, DC 20530 |
| May 16, 2016, 10:23 am | Arrived at Unit | WASHINGTON, DC 20018 |
| May 13, 2016, 9:06 pm | Departed USPS Facility | GAITHERSBURG, MD 20898 |
| May 13, 2016, 8:59 pm | Arrived at USPS Facility | GAITHERSBURG, MD 20898 |

## Track Another Package

**Tracking (or receipt) number**

[                                        ]  Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2016 USPS. All Rights Reserved.

**EXHIBIT 3**

English     Customer Service     USPS Mobile          Register / Sign In



# USPS Tracking®

**Tracking Number: 70160340000091542507**

**Updated Delivery Day: Monday, May 16, 2016**

## Product & Tracking Information

**Postal Product:**     **Features:**
                      Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| May 16, 2016, 9:56 am | Delivered, To Mail Room | WASHINGTON, DC 20310 |

Your item has been delivered to the mail room at 9:56 am on May 16, 2016 in WASHINGTON, DC 20310.

| | | |
|---|---|---|
| May 16, 2016, 6:51 am | Arrived at Unit | WASHINGTON, DC 20018 |
| May 13, 2016, 9:06 pm | Departed USPS Facility | GAITHERSBURG, MD 20898 |
| May 13, 2016, 8:59 pm | Arrived at USPS Facility | GAITHERSBURG, MD 20898 |

**Email Updates**



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

7016 0340 0000 9154 2507

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery   $
Postage
$
Total Postage & Fees
$
Sent To **Department of Defense**
Street and **Office of the General Counsel**
City, Sta **1600 Defense Pentagon**
**Room 3B688**
**Washington, DC 20301-1600**

Postmark Here
MAY 13 2016
DoD (16-904)

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

## Track Another Package

**Tracking (or receipt) number**

[                                    ]   Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2016 USPS. All Rights Reserved.